UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AWILDA IVETTE CORDERO,

                Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

11 Civ. 8164 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The Court has received the Report and Recommendation of Magistrate Judge Dolinger dated June 13, 2014. No objections have been filed and the time for filing objections has now expired. Therefore, any objections are waived.

    In any event, the Court has reviewed the thorough and well-founded Report and Recommendation and adopts it.

    Therefore, the defendant's motion for judgment on the pleadings is **denied**, and the case is **remanded** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

    **The Clerk is directed to enter judgment closing this case and closing all open motions.**

SO ORDERED.

Dated:    New York, New York
            July 17, 2014

                                        John G. Koeltl
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/17/14